

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00179-CV

| | | |
|---|---|---|
| DAVID KERR AND GAIL KERR, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-301419-18) |
| V. | § | April 15, 2021 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE ON BEHALF OF CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 AND CARRINGTON MORTGAGE SERVICES, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants David Kerr and Gail Kerr shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack